BRANESLAW RYKCZNSKI, Respondent, *v.* WILLIAM BLANK et al., Copartners under the Firm Name of F. J. J. BLANK AND BROTHERS, Defendants.

AUGUST BLANK et al., Appellants.

*Negligence — master and servant — defective scaffold.*

*Rykcznski v. Blank,* 199 App. Div. 967, affirmed.

(Argued December 14, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants, his employers. Plaintiff, while working upon scaffolding erected by defendants, appellants, his employers, stepped upon a plank, which, not being nailed, tilted and gave way, by reason of which he was precipitated to the floor and received the injuries complained of.

*William F. Delaney* for appellants.

*Warren Bigelow, Ira L. Anderson* and *Lester B. Donahue* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.